### HASKINS v. STEWART et al.

*(Supreme Court, General Term, Second Department.   December, 1891.)*

Action by Mary Haskins as administratrix of her husband, Reuben Haskins, deceased, against James Stewart and George Stewart.

Argued before BARNARD, P. J., and PRATT, J.

No opinion.   Judgment affirmed, with costs, on opinion by BARNARD, P. J., on former appeal.   10 N. Y. Supp. 833.   See, also, 11 N. Y. Supp. 942, *mem.*

---

### MOLLOY et al. v. BOARD OF HEALTH.

*(Supreme Court, General Term, Second Department.   December, 1891.)*

Action by William V. Molloy and Frank W. Molloy against the board of health of the town of Mamaroneck.

Argued before BARNARD, P. J., and PRATT, J.

No opinion.   Motion denied.   See 15 N. Y. Supp. 487.

---

### SAUNDERS v. NEW YORK CENT. & H. R. R. CO.

*(Supreme Court, General Term, Second Department.   December, 1891.)*

Action by Alexander Saunders against the New York Central & Hudson River Railroad Company.

Argued before BARNARD, P. J., and PRATT, J.

No opinion.   Judgment affirmed, with costs, on opinion in *Railroad Co.* v. *Aldridge,* (Sup.) 16 N. Y. Supp. 674.

---

### FELTER v. WALSH.

*(Supreme Court, General Term, Second Department.   February 8, 1892.)*

Action by John W. Felter against John E. Walsh.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

No opinion.   Judgment affirmed, with costs, for non-submission of papers according to stipulation.

---

### BLEAKLEY v. SULLIVAN et al.

*(Supreme Court, General Term, Second Department.   May 9, 1892.)*

Motion by defendant Sullivan for reargument, or for leave to appeal to the court of appeals.   Motion denied.   For decision on appeal by defendants, see 16 N. Y. Supp. 685.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Cyrus Wm. Horton,* (*Calvin Frost* and *Franklin Couch,* of counsel,) for appellant Sullivan.   *David W. Travis,* for respondent.

PRATT, J.   The moving affidavits do not point out any statute or controlling decision that has been overlooked.   We are still of the opinion that the judgment was properly affirmed.   Motion for reargument denied.   Motion to be allowed to appeal to the court of appeals denied.   No costs of motion.

---

### SIMONSON, Respondent, v. NEW YORK CITY INS. CO., Appellant.

*(Supreme Court, General Term, Second Department.   May 9, 1892.)*

Appeal from circuit court, Richmond county.

Action by Stephen D. Simonson, as executor of John W. Simonson, against the New York City Insurance Company, for salary of plaintiff's testator as president of defendant.